# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DOMINIQUE DAVIS,

       Plaintiff,

v.                               Case No:  6:25-cv-2159-AGM-LHP

CITIBANK, N.A.,

       Defendant

## ORDER

Before the Court is Plaintiff's Request for Clerk's Default.  Doc. No. 19.

Plaintiff proceeds *pro se* and *in forma pauperis* in this matter, and thus service was

effected by the United States Marshal.  *See* Doc. Nos. 2, 5, 15.  Based on

information Plaintiff provided, the United States Marshal purportedly effected

service on Defendant Citibank, N.A., by serving CT Corporation System as

registered agent on January 5, 2026.  Doc. No. 15; *see also* Doc. No. 8.[1]  Based on

the January 5, 2026 service, Plaintiff now seeks Clerk's default against Defendant.

---

[1] Although service was effected on January 5, 2026, the return was not filed on the docket until June 3, 2026.  Doc. No. 15.  Accordingly, the Court deems Plaintiff's motion timely.

Doc. No. 19.   Upon consideration, the motion for Clerk's default (Doc. No. 19) will be **DENIED without prejudice**.

As an initial matter, Plaintiff's motion fails to contain a memorandum of legal authority as required by Local Rule 3.01(b), which is alone a sufficient basis to deny it.   More importantly, though, Plaintiff has not demonstrated that Defendant was properly served.   *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Plaintiff's motion does not discuss the propriety of service.   Doc. No. 19. However, Plaintiff's complaint alleges that Defendant Citibank, N.A. is a "national banking association headquartered in Sioux Falls, South Dakota."   Doc. No. 1 ¶ 4. And Plaintiff submitted service forms for Defendant stating that its registered agent is CT Corporation System, at 1200 South Pine Island Road, in Plantation, Florida. Doc. No. 8.   However, upon independent review, the Court has been unable to verify an association between Citibank, N.A. and CT Corporation System. Records for the Florida Department of State, Division of Corporations, list no active entity registered in Florida with the name "Citibank, N.A."[2]   Neither has the Court

---

[2] Records maintained by the Florida Department of State, Division of Corporations, are available at https://search.sunbiz.org/Inquiry/CorporationSearch/ByName.   A query of "Citibank, N.A." yields no results, and there is only one inactive entity under the

been able to locate records for "Citibank, N.A." by business information search with the South Dakota Secretary of State.[3]   The Court will therefore require Plaintiff to file a renewed motion addressing these issues, and establish that service of process on Defendant was proper under governing law by citation to legal authority and evidence in support.

Accordingly, the motion (Doc. No. 19) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **twenty-one (21) days** of this Order, which shall address the issues set forth in this Order and which must include a memorandum of legal authority establishing that service of process on Defendant was proper under applicable law, to include support for Plaintiff's submission that CT Corporation System is Defendant's registered agent.

**DONE** and **ORDERED** in Orlando, Florida on June 16, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

name "Citibank," for which there is no listed association with CT Corporation System.

[3] *See* https://sosenterprise.sd.gov/BusinessServices/Business/FilingSearch.aspx.